**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| XAVIER CRUZ, | |
| Petitioner, | CIVIL ACTION NO. 3:24-cv-01428 |
| v. | (SAPORITO, J.) |
| M. ARVIZA, | |
| Respondent. | |

## ORDER

Xavier Cruz filed this petition from FCI-Allenwood Medium pursuant to 28 U.S.C. § 2241. He asserted that the Bureau of Prisons ("BOP") was wrongly refusing to apply First Step Act time credits toward prerelease custody. *See* (Doc. 1). Because Cruz is no longer in BOP custody, the Court dismisses the petition as moot.

A *habeas corpus* petition is moot when it no longer presents a "case or controversy" under Article III, Section 2, of the Constitution. *Spencer v. Kemna*, 523 U.S. 1, 7 (1998) (citations omitted); *see also Blanciak v. Allegheny Ludlum Corp.*, 77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as

moot."). Therefore, a *habeas* petition "generally becomes moot when a prisoner is released from custody before the court has addressed the merits." *DeFoy v. McCullough*, 393 F.3d 439, 441 (3d Cir. 2005).

Disputes about time credits may "affect the timing of an inmate's conditional release from prison, but they do not alter the sentence itself. [Once Cruz] served the entire term of imprisonment and was released upon its completion . . . time credits ceased to have any effect." *Scott v. Schuykill FCI*, 298 F. App'x 202, 204 (3d Cir. 2008). In this case, public records show that Cruz has been released from BOP custody, and he has not responded to the Court's order to show cause why the petition should not be dismissed. *See* (Docs. 9, 10).

Accordingly, **IT IS HEREBY ORDERED** that the petition (Doc. 1) is **DISMISSED** as moot, and the Clerk is **DIRECTED** to close the case.

Dated: November 12, 2026

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge